**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2301
_____

ROBERT HOROWITZ; CATHY HOROWITZ; ELIZABETH HOROWITZ,

Plaintiffs - Appellants,

v.

MR.  ROSALES, Deputy Sheriff of Montgomery County; YORGOS BALARAS, Deputy Sheriff of Montgomery County; K. BROWN, Deputy Sheriff of Montgomery County; MAURY S. EPNER; PATRICK J. KEARNEY; ROBIN LEWIS, Deputy Sheriff of Montgomery County; PETERSON PICHARDO, Deputy Sheriff of Montgomery County; OMAR RIVERA, Deputy Sheriff of Montgomery County; MONTGOMERY COUNTY SHERIFF'S OFFICE; SELZER GURVITCH RABIN WERTHEIMER & POLOTT, P.C.; BRUCE SHERMAN, Deputy Sheriff of Montgomery County,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Senior District Judge.  (8:19-cv-02459-DKC)

_____

Submitted:  April 23, 2024                          Decided:  May 16, 2024

_____

Before AGEE and WYNN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Horowitz; Cathy Horowitz; Elizabeth Horowitz, Appellants Pro Se.  Kirstin Michele Lustila, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL

OF MARYLAND, Annapolis, Maryland; Bradford Scott Bernstein, MILES & STOCKBRIDGE PC, Rockville, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Plaintiffs appeal the district court's order granting Defendants' motions to dismiss Plaintiffs' civil complaint under Fed. R. Civ. P. 12(b)(6). *See Horowitz v. Rosales*, No. 8:19-cv-02459-DKC (D. Md. May 11, 2020).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] On appeal, Plaintiffs do not specifically challenge any of the district court's decisions entered after the May 11, 2020, order. We therefore deem any issues relating to those decisions waived. 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").